## STATEMENT OF FACTS

On or about June 22, 2015, an undercover police officer (UC) with the Metropolitan Police Department was contacted by defendant JAMEIL MICHAEL ARRINGTON ("ARRINGTON") via telephone. The UC had had previous dealings with ARRINGTON. In this conversation, ARRINGTON indicated that he was ready to sell PCP (phencyclidine) to the UC again. The UC thereafter utilized a series of communications with ARRINGTON to arrange for the purchase of approximately 8 ounces of PCP in return for $1,620 in currency. The meeting was arranged to occur on June 24, 2015, at a controlled apartment in Northwest D.C. which the UC and ARRINGTON had utilized for previous PCP deals.

On June 24, 2015, at approximately 1:15 p.m., ARRINGTON arrived near the location in a burgundy Buick and exited on the passenger side. He thereafter entered the controlled apartment and met with UCs. ARRINGTON handed the UC a plastic bottle filled with approximately 8.1 ounces of a fluid, and the UC then handed ARRINGTON $1,420 in currency. Another UC then left the area as part of a ruse to obtain the additional $200 in currency, and in the meantime the UC asked ARRINGTON about the price for a gallon of PCP. ARRINGTON indicated it would be $24,000. The other UC returned with the additional $200 in currency, and ARRINGTON subsequently left the apartment with a total of $1,620 in currency that had been given to him in exchange for the plastic bottle of fluid.

That plastic bottle of fluid was processed and field-tested positive for the presence of PCP. Remediation processing determined that the total amount of the fluid purchased from ARRINGTON was approximately 227 grams.

_____
OFFICER JASON PEARCE BEST
METROPOLITAN POLICE DEPARTMENT

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF AUGUST, 2015.

_____
U.S. MAGISTRATE JUDGE